# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CORRIE GITA,

    Plaintiff

v.

C.R. BARD, INC., et al.,

    Defendants

Case No.: 2:20-cv-00611-APG-BNW

**Order Transferring Case to the Unofficial Northern Division**

Plaintiff Corrie Gita is a resident of Reno and the surgery out of which this case arises was performed in Reno, which is in Washoe County. ECF No. 16-1 at 2-3. Washoe County is in the unofficial Northern Division of this District. *See* Local Rule IA 1-6. Cases are to be filed in the division in which the action allegedly arose. LR IA 1-8(a). Thus, I transfer this case to the Northern Division.

I THEREFORE ORDER that this action is transferred to the unofficial Northern Division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the Northern Division, and the action under this docket number shall be closed, without prejudice regarding any federal limitation period and filing fee.

DATED this 27th day of April, 2020.

                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE